UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPHINE MILLER | : |
| | : |
| v. | : |
| | :   NO. 3:21-cv-14-VLB |
| HONORABLE PATRICK CARROLL, III | : |

## JUDGMENT

This action having come before the Court on defendant's Motion to Dismiss the Third Amended Complaint before the Honorable Vanessa L. Bryant, Senior United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued an Order and Decision granting defendant's motion and dismissing the case with prejudice; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered and this case is closed.

Dated at Hartford, Connecticut, this 29th day of March, 2022.

DINAH MILTON KINNEY, Clerk

By __/s/ Jeremy J. Shafer__
    Jeremy Shafer
    Deputy Clerk

EOD: 3-29-2022